UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KITSAP TRANSIT, a Washington municipal corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>    Defendant. | IN ADMIRALTY<br>CASE NO.  09-cv-05665 JRC<br><br>ORDER FOR TEMPORARY ABEYANCE OF EXECUTION OF ARREST OF VESSEL (LAR 110(B)) |
| UNITED STATES OF AMERICA,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>M/V ADMIRALTY PETE, her engines, apparel, electronics, tackle, boats, appurtenances, *etc. in rem,* A.H. POWERS, *in personam,* and FOSS MARITIME COMPANY, *in personam,*<br><br>    Third Party Defendants. | |

WHEREFORE, pursuant to Local Admiralty Rule (LAR) 110(b) and the request of third party plaintiff United States, and good cause appearing, it is

ORDER - 1
[C09-05665 JRC]

1   ORDERED that issuance of process of maritime arrest pursuant to Supplemental
2   Admiralty Rule C(3) of the Fed.R.Civ.P. regarding the third party defendant Vessel M/V
3   ADMIRAL PETE, *in rem*, is hereby temporarily in abeyance pending further Order of the Court.
4   DATED this 30th day of March, 2010.

*/s/ J. Richard Creatura*

J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE

ORDER - 2
[C09-05665 JRC]