UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KITSAP TRANSIT, a Washington municipal corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>    Defendant.<br><hr>UNITED STATES OF AMERICA,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>M/V ADMIRALTY PETE, her engines, apparel, electronics, tackle, boats, appurtenances, *etc. in rem,* A.H. POWERS, *in personam,* and FOSS MARITIME COMPANY, *in personam,*<br><br>    Third Party Defendants. | IN ADMIRALTY<br>CASE NO. 09-cv-05665 JRC<br><br>ORDER GRANTING LEAVE TO FILE AMENDED THIRD-PARTY COMPLAINT |

    Wherefore, pursuant to Rule 15(a)(2) of the Fed.R.Civ.P. and the consents of counsel [Dkt. #15], it is

    ORDERED that the United States may file an Amended Third-Party Complaint, in the form as attached as Exhibit "A" in docket entry 16 filed on March 11, 2010; and it is further

ORDER GRANTING LEAVE TO FILE
AMENDED 3ʳᴰ PARTY COMPLAINT -
[C09-05665 JRC] - 1

1  ORDERED that the filing of the Amended Third-Party Complaint is without prejudice to
2  any and all rights of any party in these proceedings to answer, move, deny, or otherwise respond
3  to the Amended Third-Party Complaint.

   IT IS SO ORDERED.

   DATED this 30th day of March, 2010.

   *[signature]*

   J. RICHARD CREATURA
   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING LEAVE TO FILE
AMENDED 3RD PARTY COMPLAINT -
[C09-05665 JRC] - 2