THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KITSAP TRANSIT, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>Defendants. | IN ADMIRALTY<br>Civil No. 3:09-CV-05665-BHS<br><br>ORDER OF DISMISSAL OF CLAIMS AND ACTIONS, WITH PREJUDICE |

TONY WEST
Assistant Attorney General
JENNY A. DURKAN
United States Attorney
HAROLD MALKIN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
E-mail: mike.underhill@usdoj.gov

Attorneys for Defendant and Third-Party Plaintiff
UNITED STATES OF AMERICA

UNITED STATES OF AMERICA,

Third Party Plaintiff,

v.

M/V ADMIRAL PETE, her engines, apparel, electronics, tackle, boats, appurtenances, *etc*., *in rem*, A.H. POWERS, *in personam*, FOSS MARITIME COMPANY, *in personam*, and KITSAP HARBOR TOURS LLC, *in personam*,

Third Party Defendants.

WHEREFORE, pursuant to the subjoined consents of counsel, subject to the terms of settlement reached by and between the parties, and further consistent with the Consent Judgment entered separately in favor of plaintiff Kitsap Transit against the United States, it is hereby

ORDERED that any and all existing and/or potential actions, claims, counterclaims, cross-claims, and third-party claims of the United States against plaintiff Kitsap Transit, M/V CARLISLE II, *in rem*, third-party defendant Foss Maritime Company, third-party defendant A.H. Powers, third-party defendant Kitsap Harbor Tours LLC, and third-party defendant M/V ADMIRAL PETE, *in rem,* that pertain to or relate to the subject matter of the incident sued upon herein shall be, and the same are, dismissed with prejudice; and it is further

ORDERED that any and all existing and/or potential actions, claims, counterclaims, cross-claims, and third-party claims of M/V CARLISLE II, *in rem*, third-party defendant Foss Maritime Company, third-party defendant A.H. Powers, third-party defendant Kitsap Harbor Tours LLC, and third-party defendant M/V ADMIRAL PETE, *in rem*, against the United States that pertain to or relate to the subject matter of the incident sued upon herein shall be, and the same are, dismissed with prejudice; and it is further

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648

ORDERED that any and all existing and/or potential actions, claims, counterclaims, cross-claims, and third-party claims by and between plaintiff Kitsap Transit, M/V CARLISLE II, *in rem*, third-party defendant Foss Maritime Company, third-party defendant A.H. Powers, third-party defendant Kitsap Harbor Tours LLC, and third-party defendant M/V ADMIRAL PETE, *in rem*, that pertain to or relate to the subject matter of the incident sued upon herein shall be, and the same are, dismissed with prejudice; and it is further

ORDERED that each party shall bear its own costs and fees; and it is further

ORDERED that no party having admitted liability or fault with respect to such claims of the other parties herein, which claims are expressly denied by the parties, the Court makes no findings, express or implied, with respect to such disputed issues of liability and fault.

IT IS SO ORDERED.

Dated: 8/13/10

UNITED STATES MAGISTRATE JUDGE

We hereby consent to the entry of the foregoing Order:

Dated: August 10, 2010

TONY WEST
Assistant Attorney General
JENNY A. DURKAN
United States Attorney
HAROLD MALKIN
Assistant United States Attorney

s/R. Michael Underhill

R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant and Third-Party Plaintiff
United States of America

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648

Dated: August __10__, 2010.

LAW OFFICE OF DAVID P. HORTON, INC. PS

s/David P. Horton

DAVID P. HORTON

Attorney for Plaintiff
Kitsap Transit and M/V CARLISLE II, *in rem*

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648

Dated: August __10__, 2010.

Garvey Schubert Barer

s/David West

DAVID WEST

Attorneys for Third Party Defendant
Foss Maritime Company

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648

Dated: May 05, 2010.

BAROKAS, MARTIME & TOMLINSON

LARRY L. BAROKAS

Attorneys for Third Party Defendant
A.H. Powers

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648

Dated: August __10__, 2010.

LeGros, Buchanan & Paul

s/Markus B.G. Oberg

MARC E. WARNER
MARKUS B.G. OBERG

Attorneys for Third Party Defendants
Kitsap Harbor Tours, LLC and
M/V ADMIRAL PETE, *in rem*

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648