THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KITSAP TRANSIT, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>Defendants. | IN ADMIRALTY<br>Civil No. 3:09-CV-05665-BHS<br><br><br><br><br><br>CONSENT JUDGMENT |

TONY WEST
Assistant Attorney General
JENNY A. DURKAN
United States Attorney
HAROLD MALKIN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
E-mail: mike.underhill@usdoj.gov

Attorneys for Defendant and Third-Party Plaintiff
UNITED STATES OF AMERICA

UNITED STATES OF AMERICA,

Third Party Plaintiff,

v.

M/V ADMIRAL PETE, her engines, apparel, electronics, tackle, boats, appurtenances, *etc.*, *in rem*, A.H. POWERS, *in personam*, FOSS MARITIME COMPANY, *in personam*, and KITSAP HARBOR TOURS LLC, *in personam*,

Third Party Defendants.

The above-captioned action having been compromised, pursuant to an agreement otherwise commemorated and consisting of offer letters and an acceptance, whereby certain sums will be paid to the plaintiff by, *inter alia*, the United States in return for dismissals with prejudice of all claims herein by and between all parties hereto once said sums are paid; and further

It being understood that a consent judgment against the United States must be entered in order for it to obtain its portion of the settlement proceeds from the United States Treasury; it is, therefore, upon the subjoined consents of counsel, hereby

ORDERED AND ADJUDGED that defendant, United States of America, shall pay to the "Law Office of David P. Horton, Inc. PS, in trust for plaintiff KITSAP TRANSIT, a Washington municipal corporation", the sum of Two Thousand Dollars and No Cents ($2,000.00), without interest and without costs.

IT IS SO ORDERED AND ADJUDGED.

Dated: 8/13/10

UNITED STATES MAGISTRATE JUDGE

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648

We hereby consent to the entry of the foregoing Consent Judgment:

Dated: August 10, 2010

TONY WEST
Assistant Attorney General
JENNY A. DURKAN
United States Attorney
HAROLD MALKIN
Assistant United States Attorney

s/R. Michael Underhill

R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant and Third-Party Plaintiff
United States of America

Dated: August 10, 2010.

LAW OFFICE OF DAVID P. HORTON, INC. PS

s/David P. Horton

DAVID P. HORTON

Attorney for Plaintiff
Kitsap Transit and M/V CARLISLE II, *in rem*

//

//

//

//

//

//

//

//

//

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648

CONSENT JUDGMENT
Case No. 09-CV-05665-BHS

3

Dated: August __10__, 2010.

Garvey Schubert Barer

s/David West

DAVID WEST

Attorneys for Third Party Defendant Foss Maritime Company

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648

Dated: May 26, 2010.

BAROKAS MARTIME & TOMLINSON

LARRY L. BAROKAS

Attorneys for Third Party Defendant
A.H. Powers

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648

Dated: August 10, 2010.

LeGros, Buchanan & Paul

s/Markus B.G. Oberg

MARC E. WARNER
MARKUS B.G. OBERG

Attorneys for Third Party Defendants Kitsap Harbor Tours, LLC and M/V ADMIRAL PETE, *in rem*

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Box 36028
San Francisco, CA 94102
(415) 436-6648